**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 163 EAL 2014
: 
          Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
         v. :
: 
: 
: 
IDRIS  FRATHERSTONE, :
: 
         Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.